George Herbert Sykes, Administrator of Estate of George Edward Sykes, Deceased, Appellant, v. Georgiana Herbener, Administrator of Estate of Robert Herbener, Deceased, Appellee.

Gen. No. 10,290.

opinion filed June 3, 1949; released for publication June 24, 1949. Perry & Elliott, for appellant; Joseph Sam Perry and Edgar J. Elliott, of counsel. Rathje & Woodward, for appellee; John S. Woodward and Alfred E. Woodward, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.